*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

*In re* KEVIN AND LAVONNE VANDINE TRUST.

LAVONNE VANDINE, TRUSTEE of the KEVIN AND LAVONNE VANDINE TRUST,

Appellee,

v

MONICA VANDINE and MISTY JO WELLS,

Appellants.

UNPUBLISHED
June 18, 2019

No. 344336
Kent Probate Court
LC No. 17-202038-TV

Before: K. F. KELLY, P.J., and FORT HOOD and REDFORD, JJ.

K. F. KELLY, P.J. (*concurring*).

I concur in the result only.

/s/ Kirsten Frank Kelly

-1-